IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 11-CR-30190-MJR |
| | ) |
| SEAN L. STEWART, | ) |
| and BRANDON J. SMITH, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR
ENTRY OF JUDGMENT AS TO BOND**

REAGAN, District Judge:

This matter comes before the Court on the United States of America's Motion for Entry of Judgment as to one of two Defendants herein – Sean L. Stewart (Doc 45). Stewart pled guilty on August 3, 2012 before Magistrate Judge Williams (via consent) and awaits sentencing by the undersigned District Judge.

By motion filed July 27, 2012, the United States seeks entry of a judgment as to the amount of bond which Stewart forfeited after he was released on $10,000 unsecured bond with certain conditions, was found to have violated those conditions, had his release revoked, and was ordered detained. The United States now asserts its entitlement to a judgment against Defendant Stewart in the amount of the bond.

On July 28, 2012, the undersigned Judge directed Defendant to file any response or objection to the United States' motion for entry of judgment on the bond no later than August 10, 2012. That deadline has elapsed, and no response or objection was filed.

The Court has reviewed the pleadings before it and concludes that the United States is entitled to a judgment on the bond, as requested in the July 27, 2012 motion. Accordingly, the Court **GRANTS** the USA's Motion for Entry of Judgment as to Defendant Stewart's bond (Doc. 45) and **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff United States of America and against Defendant Sean L. Stewart in the amount of **$10,000.00**, plus future costs and interest.  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily, and shall be compounded annually until this judgment is satisfied in full.  **The judgment on Stewart's bond shall be separate and distinct from the Judgment in a Criminal Case which will be entered following Defendant Stewart's sentencing.**

IT IS SO ORDERED.

DATED  this 19th day of August 2012.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge